# Court of Appeals
# of the State of Georgia

ATLANTA,  November 01, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0406.  STANLEY W. CODY v. THE STATE.**

The trial court entered an order denying Stanley Cody's motion for an out-of-time appeal on November 18, 2014.  On January 2, 2015, Cody filed a notice of appeal to this Court.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Cody's notice of appeal is untimely, as it was filed 45 days after the order denying his motion for an out-of-time appeal.  Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

*C l e r k ' s   O f f i c e ,*
Atlanta,  11/01/2017

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*